

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| LEE TREADWAY | CIVIL ACTION NO. 06-1182-A |
|---|---|
| -vs- | JUDGE DRELL |
| TIM WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a second independent review of the record, determining that the findings are correct under the applicable law, and considering the multiple objections to the Report and Recommendation in the record (including out-of-time objections);

IT IS ORDERED that the Defendants' Motion for Summary Judgment is GRANTED, and the Plaintiff's lawsuit is DISMISSED WITH PREJUDICE.

All other pending motions are DENIED as moot.

SIGNED on this 28 day of October, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE